**E-Filed 1/14/2010**

| | |
|---|---|
| SAMUEL LIVERSIDGE (SBN 180578) | MICHAEL F. RAM (SBN 104805) |
| GIBSON, DUNN & CRUTCHER LLP | RAM & OLSON LLP |
| 333 South Grand Avenue | 555 Montgomery Street, Suite 820 |
| Los Angeles, CA 90071 | San Francisco, CA 94111 |
| Telephone: 213.299.7000 | Telephone: 415.433.4949 |
| Facsimile: 213.229.6420 | Facsimile: 415.433.7311 |
| E-mail: sliversidge@gibsondunn.com | E-mail: mram@ramolson.com |
| KRISTOFOR T. HENNING (PAB 85047) | MARC H. EDELSON |
| (*Pro Hac Vice application forthcoming*) | (*Pro Hac Vice pending*) |
| FRANCO A. CORRADO (PAB 91436) | EDELSON & ASSOCIATES, LLC |
| (*Pro Hac Vice application forthcoming*) | 45 W. Court Street |
| MORGAN, LEWIS & BOCKIUS LLP | Doylestown, PA 18901 |
| 1701 Market Street | Telephone: 215.230.8043 |
| Philadelphia, PA 19103 | Facsimile: 215.230.8735 |
| Telephone: 215.963.5000 | E-mail: medelson@edelsonlaw.com |
| Facsimile: 215.963.5001 | |
| E-mail: khenning@morganlewis.com | |
| E-mail: fcorrado@morganlewis.com | Attorneys for Plaintiff |
| | MICHAEL A. KENT |

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. KENT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 09-05341-JF<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT HEWLETT-PACKARD COMPANY'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Before: Hon. Jeremy Fogel |

PURSUANT TO THE TERMS OF THE STIPULATION filed by the parties on January 13, 2010, IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's time to answer, move or otherwise respond to the Complaint in this matter is extended to February 18, 2010.

Dated: January 14, 2010

_____
Jeremy Fogel
United States District Judge