**E-Filed 1/14/2010**

SAMUEL LIVERSIDGE (SBN 180578)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.299.7000
Facsimile: 213.229.6420
E-mail: sliversidge@gibsondunn.com

KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice application forthcoming*)
FRANCO A. CORRADO (PAB 91436)
(*Pro Hac Vice application forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com
E-mail: fcorrado@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

MICHAEL F. RAM (SBN 104805)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: 415.433.4949
Facsimile: 415.433.7311
E-mail: mram@ramolson.com

MARC H. EDELSON
(*Pro Hac Vice pending*)
EDELSON & ASSOCIATES, LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: 215.230.8043
Facsimile: 215.230.8735
E-mail: medelson@edelsonlaw.com

Attorneys for Plaintiff
MICHAEL A. KENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. KENT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 09-05341-JF<br><br>[~~PROPOSED~~] **ORDER EXTENDING DEFENDANT HEWLETT-PACKARD COMPANY'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Before: Hon. Jeremy Fogel |

PURSUANT TO THE TERMS OF THE STIPULATION filed by the parties on January 13, 2010, IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's time to answer, move or otherwise respond to the Complaint in this matter is extended to February 18, 2010.

1
2  Dated: January 14, 2010
3  _____
   Jeremy Fogel
   United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 09-05341-JF – [PROPOSED] ORDER EXTENDING TIME                                           2