| | |
|---|---|
| SAMUEL LIVERSIDGE (SBN 180578)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.299.7000<br>Facsimile: 213.229.6420<br>E-mail: sliversidge@gibsondunn.com | MICHAEL F. RAM (SBN 104805)<br>RAM & OLSON LLP<br>555 Montgomery Street, Suite 820<br>San Francisco, CA 94111<br>Telephone: 415.433.4949<br>Facsimile: 415.433.7311<br>E-mail: mram@ramolson.com |
| KRISTOFOR T. HENNING (PAB 85047)<br>(*Pro Hac Vice application forthcoming*)<br>FRANCO A. CORRADO (PAB 91436)<br>(*Pro Hac Vice application forthcoming*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com<br>E-mail: fcorrado@morganlewis.com | MARC H. EDELSON<br>(*Pro Hac Vice pending*)<br>EDELSON & ASSOCIATES, LLC<br>45 W. Court Street<br>Doylestown, PA 18901<br>Telephone: 215.230.8043<br>Facsimile: 215.230.8735<br>E-mail: medelson@edelsonlaw.com<br><br>Attorneys for Plaintiff<br>MICHAEL A. KENT |
| Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. KENT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 09-05341-JF<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANT HEWLETT-PACKARD COMPANY'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT<br><br>Before: Hon. Jeremy Fogel |

PURSUANT TO THE TERMS OF THE STIPULATION filed by the parties on January 29, 2010, IT IS HEREBY ORDERED that Plaintiff Michael A. Kent shall file an Amended Complaint on or before February 12, 2010 and that Defendant Hewlett-Packard Company will have until March 15, 2010 to answer, move or otherwise respond to the Amended Complaint.


Dated: February 2, 2010

_____
Jeremy Fogel
United States District Judge