UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. KENT, et al.

                Plaintiff(s),

        v.

HEWLETT-PACKARD COMPANY

                Defendant(s).
_____/

CASE NO. C 09-5341 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
    ✓    Private ADR (*please identify process and provider*) _____
The parties have agreed to pursue private, non-binding mediation with JAMS.

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  90 days from the date Defendants' Answer is filed

Dated: March 18, 2010                                         s/Michael F. Ram
                                                                          Attorney for Plaintiff

Dated: March 18, 2010                                         s/Samuel G. Liversidge
                                                                            Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓   Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓   other   90 days from Dft's Answer

IT IS SO ORDERED.

Dated: 3/22/10

_____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE