1 | Michael F. Ram (SBN 104805)
**RAM & OLSON**                                                    **E-Filed 8/13/2010**
2 | 555 Montgomery Street, Suite 820
San Francisco, California 94111
3 | Telephone: (415) 433-4949
Facsimile: (415) 433-7311
4 | Email:  mram@ramolson.com

5 | Oren S. Giskan
**GISKAN SOLOTAROFF**
6 | **ANDERSON & STEWART, LLP**
11 Broadway, Suite 2150
7 | New York, NY 10004
Telephone: (212) 847-8315
8 | Facsimile: (646) 520-3237
Email:  ogiskan@gslawny.com
9 |
Marc H. Edelson
10 | **EDELSON & ASSOCIATES, LLC**
45 W. Court Street
11 | Doylestown, PA 18901
Telephone: (215) 230-8043
12 | Facsimile: (215) 230-8735
Email:  medelson@edelson-law.com
13 |
*Attorneys for Plaintiffs and the Class*
14 |
[*Additional counsel on signature page*]
15 |

16 |
**UNITED STATES DISTRICT COURT**
17 | **NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**
18 |

19 | **MICHAEL A. KENT, DANIEL**                    CASE NO.  C 09-05341 JF
**JOHANNING, AND JAKUB CMIRAL**,
20 | individually and on behalf of all those        **CLASS ACTION**
similarly situated,
21 |                                                **STIPULATION AND [PROPOSED]**
Plaintiffs,                                        **ORDER EXTENDING TIME TO FILE**
22 | v.                                             **SECOND AMENDED CLASS ACTION**
                                                   **COMPLAINT**
23 | **HEWLETT-PACKARD COMPANY**, a
Delaware corporation,
24 |                                                DEMAND FOR JURY TRIAL
Defendant.
25 |

26 |
/ / /
27 |

28 |

1    WHEREAS, Defendant Hewlett-Packard has recently produced a number of documents

2  to plaintiffs and the parties are exploring the possibility of settlement, and

3    There has been no prior extension of time for Plaintiffs to file the Second Amended

4  Complaint.

5    IT IS HEREBY STIPULATED by and between the parties, through their respective

6  counsel, that

7    1.    Plaintiffs may have a 35-day extension of time to file their Second Amended

8  Complaint.  Plaintiffs' Second Amended Complaint will be due on September 10, 2010.

9    2.    Hewlett-Packard's responsive pleading will be due October 8, 2010.

10

11 Dated: August 6, 2010                    By:    _____*/s/ Samuel G. Liversidge*_____
                                                   Samuel G.  Liversidge (SBN 180578)
12                                                 sliversidge@gibsondunn.com
                                                   GIBSON, DUNN & CRUTCHER LLP
13                                                 333 South Grand Avenue
                                                   Los Angeles, CA  90071-3197
14                                                 Telephone:  (213) 229-7000
                                                   Facsimile:  (213) 229-7520
15

16                                                 *Attorneys for Defendant*

17

18
   Dated:  August 6, 2010                   By:    _____*/s/ Michael F. Ram*_____
19                                                 Michael F. Ram
                                                   **RAM & OLSON LLP**
20                                                 555 Montgomery Street, Suite 820
                                                   San Francisco, California 94111
21                                                 Telephone: (415) 433-4949
                                                   Facsimile: (415) 433-7311
22                                                 Email:  mram@ramolson.com

23
                                                   Michael Boni
24                                                 **BONI & ZACK, LLC**
                                                   15 St. Asaphs Road
25                                                 Bala Cynwyd, PA 19004
                                                   Telephone:  (610) 822-0200
26                                                 Facsimile:  (610) 822-0206
                                                   Email:  mboni@bonizack.com
27

28 / / /

---

Case No. C 09-05341 JF – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE       2
SECOND AMENDED CLASS ACTION COMPLAINT

Marc H. Edelson
**EDELSON & ASSOCIATES, LLC**
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
Email:  medelson@edelson-law.com

Oren S. Giskan
**GISKAN SOLOTAROFF**
**ANDERSON & STEWART, LLP**
11 Broadway, Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
Facsimile: (646) 520-3237
Email:  ogiskan@gslawny.com

Paul R. Kiesel
**KIESEL BOUCHER & LARSON, LLP**
8648 Wilshire Boulevard
Los Angeles, CA 90211
Telephone:  (310) 854-4444 ext. 215
Facsimile:  (310) 854-0812
Email**:**  kiesel@kbla.com

Jonathan Shub (SBN 237708)
**SHUBLAW LLC**
1818 Market Street, 13th Floor
Philadelphia, PA  19102
Telephone:  (610) 453-6551
Email:  jshub@shublaw.com

Jeffrey L. Kodroff
**SPECTOR ROSEMAN KODROFF &**
**WILLIS, P.C**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email:  jkodroff@srkw-law.com

*Attorneys for Plaintiffs and the Class*

        IT IS SO ORDERED.

Dated:  8/13/2010                    _____
                                     The Honorable Jeremy Fogel
                                     Judge, United States District Court

Case No. C 09-05341 JF – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE    3
SECOND AMENDED CLASS ACTION COMPLAINT

1

# EXHIBIT A

2

3

4        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

5    "conformed" signature (/s/) within this e-filed document.

6    Dated:  August 6, 2010                         By:          */s/ Michael F. Ram*
                                                                  Michael F. Ram
7                                                                 **RAM & OLSON LLP**
                                                                  555 Montgomery Street, Suite 820
8                                                                 San Francisco, California 94111
                                                                  Telephone: (415) 433-4949
9                                                                 Facsimile: (415) 433-7311
                                                                  Email:  mram@ramolson.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   N:\Docs\1113-02\Pleadings\StipExt Time File 2nd Amend Complaint.doc

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28