Michael F. Ram (SBN 104805)
**RAM & OLSON**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email:  mram@ramolson.com

Oren S. Giskan
**GISKAN SOLOTAROFF ANDERSON & STEWART, LLP**
11 Broadway, Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
Facsimile: (646) 520-3237
Email:  ogiskan@gslawny.com

Marc H. Edelson
**EDELSON & ASSOCIATES, LLC**
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
Email:  medelson@edelson-law.com

*Attorneys for Plaintiffs and the Class*

[*Additional counsel on signature page*]

**E-Filed 9/14/2010**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| **MICHAEL A. KENT, DANIEL JOHANNING, AND JAKUB CMIRAL**, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>**HEWLETT-PACKARD COMPANY**, a Delaware corporation,<br><br>    Defendant. | CASE NO.  C 09-05341 JF<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

WHEREAS, the parties continue to explore the possibility of settlement and believe an additional two weeks will allow the parties to determine whether settlement is possible at this stage of the litigation

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that

1. Plaintiffs may have a 14-day extension of time to file their Second Amended Complaint. Plaintiffs' Second Amended Complaint will be due on September 24, 2010.

2. Hewlett-Packard's responsive pleading will be due October 22, 2010.

Dated: September 10, 2010     By:     /s/ Samuel Liversidge
Samuel G. Liversidge (SBN 180578)
sliversidge@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant*

Dated: September 10, 2010     By:     /s/ *Michael F. Ram*
Michael F. Ram
**RAM & OLSON LLP**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@ramolson.com

Michael Boni
**BONI & ZACK, LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: mboni@bonizack.com

Marc H. Edelson
**EDELSON & ASSOCIATES, LLC**
45 W. Court Street

|   |   |
|---|---|
| 1 | Doylestown, PA 18901 |
| 2 | Telephone: (215) 230-8043 |
|   | Facsimile: (215) 230-8735 |
| 3 | Email: medelson@edelson-law.com |
| 4 | Oren S. Giskan |
|   | **GISKAN SOLOTAROFF** |
| 5 | **ANDERSON & STEWART, LLP** |
|   | 11 Broadway, Suite 2150 |
| 6 | New York, NY 10004 |
| 7 | Telephone: (212) 847-8315 |
|   | Facsimile: (646) 520-3237 |
| 8 | Email: ogiskan@gslawny.com |
| 9 | Paul R. Kiesel |
|   | **KIESEL BOUCHER & LARSON, LLP** |
| 10 | 8648 Wilshire Boulevard |
|   | Los Angeles, CA 90211 |
| 11 | Telephone: (310) 854-4444 ext. 215 |
| 12 | Facsimile: (310) 854-0812 |
|   | Email**:** kiesel@kbla.com |
| 13 |   |
|   | Jonathan Shub (SBN 237708) |
| 14 | **SHUBLAW LLC** |
| 15 | 1818 Market Street, 13th Floor |
|   | Philadelphia, PA  19102 |
| 16 | Telephone:  (610) 453-6551 |
|   | Email:  jshub@shublaw.com |
| 17 |   |
| 18 | Jeffrey L. Kodroff |
|   | **SPECTOR ROSEMAN KODROFF &** |
| 19 | **WILLIS, P.C** |
|   | 1818 Market Street, Suite 2500 |
| 20 | Philadelphia, PA 19103 |
| 21 | Telephone: (215) 496-0300 |
|   | Facsimile: (215) 496-6611 |
| 22 | Email: jkodroff@srkw-law.com |
| 23 | *Attorneys for Plaintiffs and the Class* |

IT IS SO ORDERED.

Dated: 9/14/2010

_____
The Honorable Jeremy Fogel
Judge, United States District Court