1  SAMUEL G. LIVERSIDGE, SBN 180578
   sliversidge@gibsondunn.com
2  TIMOTHY W. LOOSE, SBN 241037
   tloose@gibsondunn.com
3  **GIBSON, DUNN & CRUTCHER LLP**
   333 South Grand Avenue
4  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
5  Facsimile: (213) 229-7520

6  KRISTOFOR T. HENNING (*pro hac vice* pending)
   khenning@morganlewis.com
7  **MORGAN, LEWIS & BOCKIUS LLP**
   1701 Market Street
8  Philadelphia, PA 19103
   Telephone: (215) 963-5882
9  Facsimile: (215) 963-5001

10 Attorneys for Defendant,
   HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| **MICHAEL A. KENT, DANIEL JOHANNING, AND JAKUB CMIRAL**, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**HEWLETT-PACKARD COMPANY**, a Delaware corporation,<br><br>Defendant. | CASE NO. C 09-05341 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND FILE DECLARATION RE SEALED MATERIAL** |

WHEREAS, the parties continue to explore the possibility of settlement and believe a two week extension of time with respect to pending deadlines will allow the parties to determine whether settlement is possible at this stage of the litigation;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that

1. Defendant Hewlett-Packard Company ("HP") may have a 14-day extension of time to file its response to Plaintiffs' Second Amended Complaint. HP's response will be due November 5, 2010.

2. HP also may have a 14-day extension of time to file its declaration establishing that the redacted information in Plaintiffs' Second Amended Complaint is sealable, in accord with Local Rule 79-5(d). HP's declaration will be due October 15, 2010.

Dated: September 28, 2010   By:   */s/ Samuel G. Liversidge*
Samuel G. Liversidge
**GIBSON, DUNN & CRUTCHER LLP**
*Attorneys for Defendant,*
*Hewlett-Packard Co.*

Dated: September 28, 2010   By:   /s/ **Michael F. Ram**
Michael F. Ram
**RAM & OLSON LLP**
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated:  9/30/10

The Honorable Jeremy Fogel
United States District Court Judge