1  SAMUEL G. LIVERSIDGE, SBN 180578
   sliversidge@gibsondunn.com
2  TIMOTHY W. LOOSE, SBN 241037            **E-Filed 11/4/2010**
   tloose@gibsondunn.com
3  **GIBSON, DUNN & CRUTCHER LLP**
   333 South Grand Avenue
4  Los Angeles, California 90071-3197
   Telephone: (213) 229-7000
5  Facsimile: (213) 229-7520

6  KRISTOFOR T. HENNING (*pro hac vice* pending)
   khenning@morganlewis.com
7  **MORGAN, LEWIS & BOCKIUS LLP**
   1701 Market Street
8  Philadelphia, PA 19103
   Telephone: (215) 963-5882
9  Facsimile: (215) 963-5001

10 Attorneys for Defendant,
   HEWLETT-PACKARD COMPANY
11

12                **UNITED STATES DISTRICT COURT**
13                **NORTHERN DISTRICT OF CALIFORNIA**
                          **(SAN JOSE DIVISION)**
14

15 **MICHAEL A. KENT, DANIEL**              CASE NO. C 09-05341 JF
   **JOHANNING, AND JAKUB CMIRAL**,
16 individually and on behalf of all those
   similarly situated,
                                            **STIPULATION AND [PROPOSED]**
17              Plaintiffs,                 **ORDER EXTENDING TIME TO**
           v.                               **RESPOND TO SECOND AMENDED**
18                                          **COMPLAINT**
   **HEWLETT-PACKARD COMPANY**, a
19 Delaware corporation,

20              Defendant.

21

22

23

24

25

26

27

28

Case No. C 09-05341 JF – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND     1
TO SECOND AMENDED COMPLAINT

WHEREAS, the parties have been engaged in settlement discussions and Defendant Hewlett-Packard Company requires additional time to respond to Plaintiffs' Second Amended Complaint;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. Defendant Hewlett-Packard Company ("HP") may have a 14-day extension of time to file its response to Plaintiffs' Second Amended Complaint. HP's response will be due November 19, 2010.

Dated: November 2, 2010    By:    */s/ Samuel G. Liversidge*
Samuel G. Liversidge
**GIBSON, DUNN & CRUTCHER LLP**
*Attorneys for Defendant,*
*Hewlett-Packard Co.*

Dated: November 2, 2010    By:    /s/ **Michael F. Ram**
Michael F. Ram
**RAM & OLSON LLP**
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: 11/4/2010

The Honorable Jeremy Fogel
United States District Court Judge