Michael F. Ram (SBN 104805)
Karl Olson (SBN 104760)
**RAM & OLSON**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email:  mram@ramolson.com
Email:  kolson@ramolson.com

Oren S. Giskan
Catherine E. Anderson
**GISKAN SOLOTAROFF
ANDERSON & STEWART, LLP**
11 Broadway, Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
Facsimile: (646) 520-3237
Email:  ogiskan@gslawny.com

Marc H. Edelson
**EDELSON & ASSOCIATES, LLC**
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
Email:  medelson@edelson-law.com

**E-Filed 11/10/2010**

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)**

| | |
|---|---|
| **MICHAEL A. KENT, BOYD B. DAUGHTERY, DANIEL JOHANNING, AND JAKUB CMIRAL**, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **HEWLETT-PACKARD COMPANY**, a Delaware corporation, <br><br> Defendant. | CASE NO.  C 09-05341 JF <br><br> <u>**CLASS ACTION**</u> <br><br> **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MAGISTRATE JUDGE LLOYD FOR SETTLEMENT CONFERENCE** <br><br> <u>DEMAND FOR JURY TRIAL</u> |

/ / /

1          IT IS HEREBY STIPULATED by and between the parties, through their respective

2   counsel, that this case shall be referred to Magistrate Judge Lloyd for a settlement conference.

3

4          IT IS SO STIPULATED.

5   Dated:  November 9, 2010                          */s/ Michael F. Ram*
                                                    Michael F. Ram (SBN 104805)
6                                                   mram@ramolson.com
                                                    **RAM & OLSON**
7                                                   555 Montgomery Street, Suite 820
                                                    San Francisco, California 94111
8                                                   Telephone: (415) 433-4949
                                                    Facsimile: (415) 433-7311
9

10
    Dated:  November 9, 2010                          */s/ Timothy W. Loose*
11                                                  Timothy W. Loose (SBN 241037)
                                                    tloose@gibsondunn.com
12                                                  **GIBSON, DUNN & CRUTCHER LLP**
                                                    333 South Grand Avenue
13                                                  Los Angeles, CA  90071-3197
                                                    Telephone:  (213) 229-7000
14                                                  Facsimile:  (213) 229-7520

15

16
           IT IS SO ORDERED.
17  Dated:   11/10/2010

18

19

20                                                  The Honorable Jeremy Fogel
                                                    Judge, United States District Court
21

22

23

24

25

26

27

28

1

## EXHIBIT A

2          I hereby attest that I have on file all holograph signatures for any signatures indicated by a

3     "conformed" signature (/s/) within this e-filed document.

4     Dated:  November 9, 2010                    _/s/ Michael F. Ram_
                                                  Michael F. Ram (SBN 104805)
5                                                 mram@ramolson.com
                                                  **RAM & OLSON**
6                                                 555 Montgomery Street, Suite 820
                                                  San Francisco, California 94111
7                                                 Telephone: (415) 433-4949
                                                  Facsimile: (415) 433-7311
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28