UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. KENT, ET AL., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> HEWLETT-PACKARD COMPANY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: C-09-05341 JF (PSG) <br><br> **ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated:    December 20, 2010

_____
PAUL S. GREWAL
United States Magistrate Judge