Michael F. Ram (SBN 104805)
**RAM & OLSON**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@ramolson.com

**E-Filed 1/5/2011**

Oren S. Giskan
Catherine E. Anderson
**GISKAN SOLOTAROFF**
**ANDERSON & STEWART, LLP**
11 Broadway, Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
Facsimile: (646) 520-3237
Email: ogiskan@gslawny.com

Marc H. Edelson
**EDELSON & ASSOCIATES, LLC**
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
Email: medelson@edelson-law.com
*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| **MICHAEL A. KENT, DANIEL JOHANNING, AND JAKUB CMIRAL**, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**HEWLETT-PACKARD COMPANY**, a Delaware corporation,<br><br>Defendant. | CASE NO.  C 09-05341 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND MOTION TO STRIKE CLASS ACTION ALLEGATIONS** |

1    WHEREAS, on July 6, 2010, the Court granted in part, and denied in part, Defendant

2    Hewlett-Packard Company's ("HP") Motion To Dismiss Plaintiffs' First Amended Class Action

3    Complaint with leave to re-plead;

4    WHEREAS, on September 24, 2010, Plaintiffs filed their Second Amended Class Action

5    Complaint for Damages, Restitution and Injunctive Relief;

6    WHEREAS, on November 19, 2010, HP filed its Motion to Dismiss Plaintiffs' Second

7    Amended Class Action Complaint and a separate Motion to Strike Class Allegations From

8    Plaintiffs' Second Amended Complaint, with the motion hearings scheduled before Judge Fogel

9    on January 21, 2010, at 9:00 a.m.;

10    WHEREAS, on December 14, 2010, HP filed its memorandum of law in opposition to

11    Plaintiffs' Motion to Compel Discovery from HP;

12    WHEREAS, the Court has ordered a Settlement Conference before Magistrate Judge

13    Howard R. Lloyd on January 26, 2011;

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1  IT IS HEREBY STIPULATED by and between the parties, through their respective

2  counsel, that:

3  1.   The hearing of Defendant's Motion to Dismiss Plaintiffs' Second Amended Class

4  Action Complaint and Motion to Strike Class Allegations From Plaintiffs' Second Amended

5  Complaint shall be continued until March 4, 2011;

6  2.   Plaintiffs will not seek additional discovery from Defendant HP, other than the

7  discovery sought in Plaintiffs' Motion To Compel filed November 30, 2010, or which otherwise

8  may be necessary to confirm the terms of any settlement agreement which may be reached, prior

9  to a ruling on Defendant's Motion to Dismiss Plaintiffs' Second Amended Class Action

10  Complaint, Defendants' Motion to Strike Class Allegations From Plaintiffs' Second Amended

11  Complaint, and Plaintiffs' Motion To Compel Discovery from Defendant HP.

12  3.   Plaintiffs shall file any opposition briefs to HP's Motion to Dismiss and HP's

13  Motion to Strike on or before February 4, 2011.  HP shall file any reply briefs in support of its

14  respective motions on or before February 18, 2011.

15

16  Dated: December 17, 2010        By:        */s/ Samuel G. Liversidge*
17                                             Samuel G.  Liversidge
                                               **GIBSON, DUNN & CRUTCHER LLP**
18                                             *Attorneys for Defendant,*
                                               *Hewlett-Packard Co.*
19
20  Dated:  December 17, 2010       By:        */s/ **Michael F. Ram***
                                               Michael F. Ram
21                                             **RAM & OLSON LLP**
                                               *Attorneys for Plaintiffs*
22

23

24  **IT IS SO ORDERED.**

25  Dated:   1/5/2011

26  The Honorable Jeremy Fogel
    United States District Court Judge

27

28

---