**\*\* E-filed January 20, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. KENT; DANIEL JOHANNING; and JAKUB CMIRAL; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT_PACKARD COMPANY,<br><br>Defendant.<br>_____/ | No. C09-05341 JF<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO BE EXCUSED FROM ATTENDANCE AT SETTLEMENT CONFERENCE** |

On January 11, 2011, Plaintiffs submitted a request that the class representative Plaintiffs be excused from attending the settlement conference set for January 26, 2011 at 9:30 a.m. because they reside and work outside of this District. Having considered Plaintiffs' request and good cause appearing, the Court grants the request. If the Court concludes, however, that the absence of the class representative Plaintiffs is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

**IT IS SO ORDERED.**

Dated: January 20, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05341 JF Notice will be electronically mailed to:**

| | |
|---|---|
| Austin Van Schwing | aschwing@gibsondunn.com, tmotichka@gibsondunn.com |
| Karl Olson | kolson@ramolson.com, awilliams@ramolson.com |
| Marc Howard Edelson | medelson@edelson-law.com |
| Michael Francis Ram | mram@ramolson.com, awilliams@ramolson.com |
| Oren S. Giskan | ogiskan@gslawny.com, canderson@gslawny.com, dbrockner@gslawny.com |
| Timothy William Loose | tloose@gibsondunn.com |

**Please see [General Order 45 Section IX C.2 and D](#); Notice has NOT been electronically mailed to:**

Jeffery L Kodroff
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**