Michael F. Ram (SBN 104805)
**RAM & OLSON**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@ramolson.com

Oren S. Giskan
Catherine E. Anderson
**GISKAN SOLOTAROFF
ANDERSON & STEWART, LLP**
11 Broadway, Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
Facsimile: (646) 520-3237
Email: ogiskan@gslawny.com

Marc H. Edelson
**EDELSON & ASSOCIATES, LLC**
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
Email: medelson@edelson-law.com
*Attorneys for Plaintiffs and the Class*

\*\* E-filed January 20, 2011 \*\*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| **MICHAEL A. KENT, DANIEL JOHANNING, AND JAKUB CMIRAL**, individually and on behalf of all those similarly situated,<br><br>   Plaintiffs,<br>   v.<br><br>**HEWLETT-PACKARD COMPANY**, a Delaware corporation,<br><br>   Defendant. | CASE NO. C 09-05341 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY** |

1  WHEREAS, on July 6, 2010, the Court granted in part and denied in part Defendant
2  Hewlett-Packard Company's ("HP") Motion To Dismiss Plaintiffs' First Amended Class Action
3  Complaint with leave to replead;

4  WHEREAS, on November 30, 2010, Plaintiffs filed a Motion to Compel Discovery from
5  HP, which is scheduled for a hearing before Magistrate Judge Grewal on January 4, 2011, at 10
6  a.m.;

7  WHEREAS, the Court has ordered a Settlement Conference before Magistrate Judge
8  Howard R. Lloyd on January 26, 2011;

9  IT IS HEREBY STIPULATED by and between the parties, through their respective
10  counsel, that:

11  1.  The hearing of Plaintiffs' Motion To Compel Discovery from Defendant HP shall
12  be continued until March 1, 2011.

13  2.  Plaintiffs will not seek additional discovery from Defendant HP, other than the
14  discovery sought in Plaintiffs' Motion To Compel or which may otherwise be necessary to
15  confirm the terms of any settlement agreement which may be reached, prior to a ruling on
16  Defendant's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint,
17  Defendants' Motion to Strike Class Allegations From Plaintiffs' Second Amended Complaint,
18  and Plaintiffs' Motion To Compel Discovery from Defendant HP.

19  Dated: December 17, 2010   By:   */s/ Samuel G. Liversidge*
      Samuel G. Liversidge
20    **GIBSON, DUNN & CRUTCHER LLP**
21    *Attorneys for Defendant,*
      *Hewlett-Packard Co.*

22
23  Dated: December 17, 2010   By:   /s/ **Michael F. Ram**
      Michael F. Ram
      **RAM & OLSON LLP**
      *Attorneys for Plaintiffs*

[Handwritten order in red:] Plaintiffs' motion to compel (Docket No. 62) shall be heard by Magistrate Judge Lloyd on March 1, 2011 at 10:00 a.m. Briefing on the motion shall proceed in accordance with Civil Local Rule 7-3.

26  **IT IS SO ORDERED**.

27  Dated: January 20, 2011

28    ~~The Honorable Jeremy Fogel~~
      ~~United States District Court Judge~~

Case No. C 09-05341 JF – STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON    1
PLAINTIFFS' MOTION TO COMPEL DISCOVERY