1  Michael F. Ram (SBN 104805)
   RAM & OLSON
2  555 Montgomery Street, Suite 820
   San Francisco, California 94111
3  Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
4  Email: mram@ramolson.com

5  Oren S. Giskan
   Catherine E. Anderson
6  GISKAN SOLOTAROFF
   ANDERSON & STEWART, LLP
7  11 Broadway, Suite 2150
   New York, NY 10004
8  Telephone: (212) 847-8315
   Facsimile: (646) 520-3237
9  Email: ogiskan@gslawny.com

10 Marc H. Edelson
   EDELSON & ASSOCIATES, LLC
11 45 W. Court Street
   Doylestown, PA 18901
12 Telephone: (215) 230-8043
   Facsimile: (215) 230-8735
13 Email: medelson@edelson-law.com
   Attorneys for Plaintiffs and the Class

**E-Filed 3/10/2011**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| MICHAEL A. KENT, BOYD DAUGHERTY, DANIEL JOHANNING, AND JAKUB CMIRAL individually and on behalf of all those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware Corporation,<br>　　　　　　Defendant. | CASE NO.  C 09-05341 JF<br><br>STIPULATION AND [PROPOSED] ORDER SCHEDULING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTON SETTLEMENT |

WHEREAS, on February 10, 2011, the Court entered an Order scheduling a Case Management Conference for March 11, 2011 at 10:30 a.m. for the purpose of setting a hearing on Plaintiffs' anticipated motion for preliminary approval of a class action settlement;

STIPULATION AND [PROPOSED] ORDER SCHEDULING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT     - 1 -     (C 09-05341 JF)

Morgan, Lewis & Bockius LLP
Attorneys At Law
Philadelphia

WHEREAS, the Court's February 10, 2011 Order also instructed that if the parties agreed on a hearing date prior to March 11, 2011, they may submit a stipulation and proposed order to the Court and the Case Management Conference will be vacated;

WHEREAS, the parties are in the process of finalizing a written stipulation of settlement and have agreed on a hearing date of April 15, 2011 for Plaintiffs' anticipated preliminary approval motion;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The hearing on Plaintiffs' anticipated motion for preliminary approval of a class action settlement is scheduled for April 15, 2011; and

2. The March 11, 2011 Case Management Conference is vacated.

Dated: March 10, 2011            By:   /s/ *Michael F. Ram*
                                       Michael F. Ram
                                       RAM & OLSON LLP
                                       Attorneys for Plaintiffs

                                 By:   /s/ *Samuel G. Liversidge*
                                       Samuel G. Liversidge
                                       GIBSON, DUNN & CRUTCHER LLP
                                       Attorneys for Defendant,
                                       Hewlett-Packard Co.

IT IS SO ORDERED.

Dated: 3/10/2011

_____
The Honorable Jeremy Fogel
Judge, United States District Court

STIPULATION AND [PROPOSED] ORDER
SCHEDULING HEARING ON MOTION FOR            - 2 -                     (C 09-05341 JF)
PRELIMINARY APPROVAL OF CLASS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA