IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. KENT, BOYD DAUGHERTY, DANIEL JOHANNING, and JAKUB CMIRAL, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | No. C 09-05341 WHA<br><br>**ORDER TO SHOW CAUSE WHY CASE FILE SHOULD NOT BE CLOSED** |

On September 20, 2011, Judge Fogel granted final approval of the settlement of this class action, granted class counsel's motion for attorney's fees, and entered final judgment. A week later, the case was reassigned to the undersigned judge (Dkt. No. 107). There are no pending motions. It appears that the clerk should close the case file. Any party opposing closure of the file is hereby **ORDERED TO SHOW CAUSE** why the file should not be closed. Responses to this order must be filed by **OCTOBER 5, 2011**. If no response is filed or if good cause is not shown, the clerk will be directed to close the file.

**IT IS SO ORDERED.**

Dated: September 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE