IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. KENT, BOYD DAUGHERTY, DANIEL JOHANNING, and JAKUB CMIRAL, individually and on behalf of all those similarly situated,

    Plaintiffs,

  v.

HEWLETT-PACKARD COMPANY, a Delaware corporation,

    Defendant.

No. C 09-05341 WHA

**ORDER CLOSING CASE FILE**

On September 20, 2011, Judge Fogel granted final approval of the settlement of this class action, granted class counsel's motion for attorney's fees, and entered final judgment. A week later, the case was reassigned to the undersigned judge (Dkt. No. 107). There are no pending motions. The parties were ordered to show cause why the file should not be closed (Dkt. No. 108). In a joint filing, the parties requested that the file remain open for two reasons: (1) the appeals period has not yet run; and (2) the settlement program has not yet been implemented. The parties, however, "do not anticipate" that an appeal will be filed or that judicial assistance will be needed in implementing the settlement program (Dkt. No. 109). Good cause has not been shown for keeping the file open. No unresolved issues are pending, and the parties do not anticipate that additional issues will arise. Accordingly, the Clerk **SHALL CLOSE THE FILE**. If additional issues do arise in the future, the file may be re-opened as needed.

**IT IS SO ORDERED.**

Dated: October 4, 2011.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE